# United States Court of Appeals
## For the First Circuit

No. 05-1591

GENARO QUILES-QUILES,
Plaintiff, Appellant,

v.

WILLIAM J. HENDERSON, POSTMASTER GENERAL,
UNITED STATES POSTAL SERVICE,
Defendant, Appellee.

ERRATA

The opinion of this court, issued on February 21, 2006, should be amended as follows:

On page 6, line 2, replace "303 F.2d 387" with "303 F.3d 387"